UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RALPH E. LIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-618 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation of the magistrate judge [Doc. 16] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the Plaintiff's Motion for Summary Judgment [Doc. 12] is **DENIED;** the Defendant Commissioner's Motion for Summary Judgment [Doc. 14] is **GRANTED**.

**IT IS SO ORDERED**.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge

1